Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

CA 20 - 067

| United States District Court | District Rhode Island |
|---|---|

| Name (under which you were convicted): BERNARD McMAUGH | Docket or Case No.: PI-1983-0203A |
|---|---|

| Place of Confinement: Medium Security, R.I. Department of Corrections - Cranston, R.I. | Prisoner No.: 62529 |
|---|---|

Petitioner (include the name under which you were convicted)     Respondent (authorized person having custody of petitioner)

BERNARD McMAUGH     v.     PATRICIA COYNE-FAGUE

The Attorney General of the State of     Rhode Island

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
Providence County Superior Court, 250 Benefit Street, Providence, Rhode Island 02903
(b) Criminal docket or case number (if you know): PI-1983-0203A

2. (a) Date of the judgment of conviction (if you know): February 25, 1985
(b) Date of sentencing: April 26, 1985

3. Length of sentence: Life and ten (10) years consecutive.

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: _____
1) Conspiracy to Commit Murder
2) Murder (1st Degree)
3) Carrying a Firearm without a License
4) Assault with a Deadly Weapon

6. (a) What was your plea? (Check one)
   (1)   Not guilty ☑          (3)   Nolo contendere (no contest) ☐
   (2)   Guilty ☐              (4)   Insanity plea ☐
   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____
   _____
   _____

(c) If you went to trial, what kind of trial did you have? (Check one)

    Jury ☑      Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    Yes ☐   No ☑

8.  Did you appeal from the judgment of conviction?

    Yes ☑   No ☐

9.  If you did appeal, answer the following:

    (a) Name of court: Rhode Island Supreme Court

    (b) Docket or case number (if you know): 5U-1985-0307

    (c) Result: Denied

    (d) Date of result (if you know): June 30, 1986 (Reargument denied on 7-17-86)

    (e) Citation to the case (if you know): 512 A.2d 824 (R.I. 1986)

    (f) Grounds raised:

    · Trial justice erred in refusing to dismiss pursuant to Rule 48(b).
    · Trial justice erred in denying motion for judgment of acquittal on murder in the first degree.
    · Trial justice erred in not dismissing conspiracy count.
    · Trial justice erred in giving aiding and abetting charge.

    (g) Did you seek further review by a higher state court?   Yes ☐  No ☑

       If yes, answer the following:

       (1) Name of court: _____

       (2) Docket or case number (if you know): _____

       (3) Result: _____

       (4) Date of result (if you know): _____

       (5) Citation to the case (if you know): _____

       (6) Grounds raised: _____

    (h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐  No ☑

       If yes, answer the following:

       (1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑  No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Providence Superior Court

(2) Docket or case number (if you know): PM - 2017 - 5673

(3) Date of filing (if you know): November 28, 2017

(4) Nature of the proceeding: Post - Conviction Relief

(5) Grounds raised: • My parole was unlawfully altered, and I am now unlawfully paroled to a consecutive sentence.

• My parole eligibility on this consecutive sentence has been unlawfully revoked.

• I am being held to a different standard and the law is being applied differently than it is to others.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☑  No ☐

(7) Result: Granted

(8) Date of result (if you know): October 10, 2018

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Rhode Island Supreme Court

(2) Docket or case number (if you know): SU - 2019 - 0169 - M.P.

(3) Date of filing (if you know): May of 2019

(4) Nature of the proceeding: Habeas Corpus

(5) Grounds raised: Unconstitutional confinement due to not being released on parole after it had already been granted on all sentences (except for an unrelated contempt charge). Petitioner served the mandatory two parole waiting periods (i.e, 10 years for the life sentence and 3 years,

4 months on the consecutive 10 year sentence) but has been forced to serve three parole waiting periods in violation of *Lerner v. Gill*, 463 A.2d 1352 (R.I. 1983) and *Lerner v. Gill*, 751 F.2d 450 (1st Cir. 1985)(See Attachments).

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?     Yes ☐   No ☑

(7) Result: **Denied**

(8) Date of result (if you know): **October 29, 2019**

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?     Yes ☐   No ☐

    (7) Result: _____

    (8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:     Yes ☐   No ☐

    (2) Second petition:     Yes ☐   No ☐

    (3) Third petition:     Yes ☐   No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Failure to be released on parole after it was granted in violation of the Fourteenth Amendment.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): In accordance with the mandates of R.I.G.L. § 13-8-13, and the decision of Lerner v. Gill, 463 A.2d 1352 (R.I. 1983) and Lerner v. Gill, 751 F.2d 459 (1st Cir. 1985), petitioner was paroled on both sentences in April of 2016, and scheduled for release in October of 2016. However, petitioner has been unconstitutionally detained since at least February 26, 2017 and forced to serve an additional parole waiting period.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____
_____
_____
_____

(c) Direct Appeal of Ground One:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☑
   (2) If you did not raise this issue in your direct appeal, explain why: This specific issue did not arise until October of 2016, more than thirty (30) years after petitioner's original conviction on 2-25-85.

(d) Post-Conviction Proceedings:
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?      Yes ☑   No ☐
   (2) If your answer to Question (d)(1) is "Yes," state:
      Type of motion or petition: _____
      Name and location of the court where the motion or petition was filed: _____
      _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐   No ☐

(4) Did you appeal from the denial of your motion or petition?

    Yes ☐   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this

issue: _____

_____

_____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative

remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

GROUND TWO: _____

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

(c)   Direct Appeal of Ground Two:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ☐    No ☐

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d)  Post-Conviction Proceedings:

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a

    state trial court?

       Yes ☐    No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion or petition?

       Yes ☐    No ☐

    (4) Did you appeal from the denial of your motion or petition?

       Yes ☐    No ☐

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

       Yes ☐    No ☐

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this

issue: _____

_____

_____

_____

(e)  Other Remedies: Describe any other procedures (such as habeas corpus, administrative

remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____


GROUND THREE: _____

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c)  Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑  No ❑

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?                Yes ❑   No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ❑   No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑   No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

GROUND FOUR: _____

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)  Direct Appeal of Ground Four:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ☐   No ☐

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) Post-Conviction Proceedings:

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ☐  No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion or petition?

       Yes ☐   No ☐

    (4) Did you appeal from the denial of your motion or petition?

       Yes ☐   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e)  Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

13.  Please answer these additional questions about the petition you are filing:

(a)  Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?     Yes ☑   No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

_____

(b)  Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

14.  Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?     Yes ☐   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?     Yes ☐   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Joseph Capineri, Esq. Pawtucket, R.I. 02860

(b) At arraignment and plea: Joseph Capineri, Esq.

(c) At trial: Joseph Capineri, Esq.

(d) At sentencing: Joseph Capineri, Esq.

(e) On appeal: John O'Neil, Esq. (deceased)

(f) In any post-conviction proceeding: Susan Iannitelli, Esq. Greenville, R.I.

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐   No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*   Petitioner is not challenging his underlying conviction and ultimate sentence. Petitioner is only challenging the constitutionality of the parole board's decision in keeping him incarcerated after having already granted him parole on his life sentence and consecutive ten (10) year sentence. The reason for this habeas corpus petition did not arise until the parole board violated this petitioners 14th Amendment right to Due Process of Law.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Page 15

Therefore, petitioner asks that the Court grant the following relief: *Immediate release from confinement on parole status on both sentences under the terms and conditions as set forth by the parole board on 4-20-16.*

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on

___1-21-2020___ (month, date, year).


Executed (signed) on ___1-21-2020___ (date).


*Bernard McMauey #67529*

Signature of Petitioner


_____

*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.